UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX ABU,<br><br>                Plaintiff,<br><br>   v.<br><br>U.S. BANK ASSOCIATION, et al.,<br><br>                Defendants. | No.  2:13-cv-1848 KJM CKD PS<br><br><br>ORDER |

       Defendant, proceeding pro se, removed the above-entitled action from state court.  The matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

       On September 11, 2013, the magistrate judge filed findings and recommendations, which were served on defendant and which contained notice to defendant that any objections to the findings and recommendations were to be filed within fourteen days.  Objections to the findings and recommendations have been filed.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 11, 2013 are adopted in full; and

2. The above-entitled action is summarily remanded to the Superior Court of California, County of Sacramento.

DATED: October 2, 2013.

_____
UNITED STATES DISTRICT JUDGE